UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINO SAMBULA,

                         Plaintiff,

        -against-

DISTRICT ATTORNEY; JUDGE ALVIN M.
YEARWOOD; LAWYER STEVEN
DEMARCO MARK,

                  Defendants.

                      26cv1268 (LTS)

                      CIVIL JUDGMENT

For the reasons stated in the April 15, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:
       New York, New York

                                 /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                        Chief United States District Judge